IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In Re:  )
Kenneth Andrew Degenhardt,  ) Case No: 22-01307
 ) Chapter 13
    Debtor.  ) Judge Harrison

## AGREED ORDER GRANTING LIMITED RELIEF FROM AUTOMATIC STAY

This case was filed on April 24, 2022. At the time of the filing, the Debtor was a Defendant in <u>Remarck Partners, LLC vs. Gibson Center, L.P. *et al,*</u> Case No. CV-17-1747 in the Superior Court of California, Yolo County. In order to accommodate the remaining parties in the state court case, the undersigned parties have agreed as follows:

1. Remarck Partners, LLC shall be granted relief from the automatic stay provisions of 11 U.S.C. § 362 in order to sever Kenneth Andrew Degenhardt from Case No. CV-17-1747 pursuant to California Code of Civil Procedure §§ 379.5, 598 & 1048(b).

2. Upon the severance of the Debtor, Remark Partners is granted relief from the automatic stay to proceed in Case CV-17-1747 against the remaining defendants.

3. Any further actions against the Debtor will remain subject to the automatic stay pending any future motions by Remarck Partners.

**IT IS SO ORDERED.**

*This order was signed and entered electronically as indicated at the top of the first page.*

**Approved for Entry:**

/s/Gregory R. Atwood
Gregory R. Atwood, REG NO. 24296
Attorney for Remarck Partners, LLC
6953 Charlotte Pike, Ste. 401
Nashville, TN 37209
615-354-1995
gregatwoodlaw@gmail.com

/s/*Steven L. Lefkovitz*
Steven L. Lefkovitz
Attorney for Debtors
618 Church St., Suite 410
Nashville, TN 37219
615-256-8300
slefkovitz@lefkovitz.com

/s/ Henry E Hildebrand III

Digitally signed by /s/ Henry E Hildebrand III
DN: CN=/s/ Henry E Hildebrand III
Reason: I am the author of this document
Location: your signing location here
Date: 2022-04-27 07:18:41
Foxit Reader Version: 9.6.0

Henry E. Hildebrand, III
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203
615-244-1101
aoecf@ch13nsh.com