IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

KENNETH ANDREW DEGENHARDT

**Debtor(s)**

} Case No. 3:22-bk-01307
} Chapter 13
} Judge Harrison

**NOTICE OF VOLUNTARY DISMISSAL OF CHAPTER 13 PROCEEDING**

Comes the Debtor, through counsel, and hereby notifies this Honorable Court that he shall voluntarily dismiss the above-referenced Chapter 13 proceeding pursuant to 11 U.S.C. Section 1307.

Respectfully submitted,

LEFKOVITZ & LEFKOVITZ

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
908 Harpeth Valley Place
Nashville, Tennessee 37221
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have sent a true and exact copy of the foregoing to the Office of the United States Trustee, Henry E. Hildebrand, III, Chapter 13 Trustee, and all parties of record to receive notice electronically via the U.S. Bankruptcy Court's CM/ECF system on May 17, 2022.
.

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz